UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNIE MARTIN #25238038,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-02930<br>SEC P |
| VERSUS | JUDGE DRELL |
| STAFF/EMPLOYEES U S P<br>POLLOCK ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Complaint (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 30 day of November 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT